IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| PLUM PROJECTS LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY INSURANCE COMPANY, a non-Washington corporation,<br><br>Defendant. | No.<br><br>COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES<br><br>**JURY DEMANDED** |

Plaintiff alleges as follows:

### I.   PARTIES, JURISDICTION, AND VENUE

1.   Plaintiff Plum Projects LLC ("Plum") is a limited liability company formed under the laws of Washington with its principal place of business in Washington.

2.   Defendant Monterey Insurance Company ("Monterey") is, on information and belief, a corporation formed under the laws of California with its principal place of business in California.

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 1

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

3. Subject matter jurisdiction is proper under 28 U.S.C. § 1332(a)(1) because Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred here, and under 28 U.S.C. §§ 1391(b)(1), (c)(2), and (d) because Monterey is subject to the Court's personal jurisdiction with respect to this action.

## II. CLAIMS

5. Monterey issued a liability insurance policy to Plum with a policy number of 66-SSA-3-026833 and a policy period of May 27, 2013 to May 27, 2014 ("the Policy").

6. In February 2017, Jorge Rodriguez-Valladares commenced a lawsuit against Plum based on bodily injuries that Mr. Rodriguez-Valladares allegedly sustained on February 20, 2014.

7. Mr. Rodriguez-Valladares claimed that Plum was liable to him because Plum was a general contractor working on the construction site on which Mr. Rodriguez-Valladares allegedly injured himself.

8. Mr. Rodriguez-Valladares's lawsuit ("the Underlying Lawsuit") was forwarded to Monterey, which denied coverage for and refused to defend or indemnify Plum.

9. Monterey's refusal to defend Plum against the Underlying Lawsuit was unreasonable because the claims against Plum were potentially covered in that (a) the endorsement on which Monterey based its denial potentially did not apply, both because it conflicted with other policy language and because the Washington Office of the Insurance

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 2

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

Commissioner has taken the position that the relevant language of the endorsement is inconsistent with Washington law; (b) information that was reasonably ascertainable by Monterey would have disclosed to Monterey that Mr. Rodriguez-Valladares was potentially not anyone's "employee" at the time Mr. Rodriguez-Valladares was allegedly injured; and (c) Mr. Rodriguez-Valladares was potentially not an employee of a "subcontractor" to Plum at the time Mr. Rodriguez-Valladares was allegedly injured.

10. When Monterey refused to defend or indemnify Plum, Plum had to pay to defend itself from the Underlying Lawsuit and to settle the Underlying Lawsuit.

### III.  CAUSES OF ACTION

11. Plum incorporates by reference as though fully repeated herein each of the allegations contained in the previous paragraphs.

12. Monterey owed a duty to defend Plum from the Underlying Lawsuit, which duty Monterey breached, proximately causing harm to Plum in an amount to be proven at trial.

13. Monterey unreasonably breached its duty to defend Plum from the Underlying Lawsuit, estopping Monterey from denying coverage for the defense costs and settlement that Plum incurred as a result of the Underlying Lawsuit.

14. Monterey owed a duty under WAC 284-30-300 *et seq.* to conduct a reasonable investigation before denying defense coverage for the Underlying Lawsuit. Monterey breached that duty, proximately causing harm to Plum, in its business or property, in an amount to be proven at trial.

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 3

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

15. Monterey's violations of WAC 284-30-330 *et seq.* constitute per se unfair and deceptive acts or practices under the Washington Consumer Protection Act, RCW Chapter 19.86, which acts or practices have damaged Plum in an amount to be proven at trial.

16. A clear and present dispute exists between Plum and Monterey concerning the parties' obligations under the Policy and applicable statutes and regulations.  Plum seeks a declaratory judgment regarding the parties' respective rights and obligations, including (a) whether Monterey unreasonably breached its duty to defend, therefore estopping Monterey from denying coverage for the costs that Plum incurred to defend and settle the Underlying Lawsuit; (b) whether Monterey failed to conduct a proper investigation as required by WAC 284-30-300 *et seq.*; and (c) whether Monterey has violated RCW Chapter 19.86;

## IV.  RELIEF REQUESTED

1. A declaration as to the rights and obligations of the parties;

2. An award of money damages in an amount to be proven at trial;

3. An award of pre- and post-judgment interest as allowed by law;

4. An award of attorney's fees and other costs and expenses of litigation pursuant to applicable statute, regulation, common law, or recognized ground in equity;

5. Such other and further relief as this Court deems just and proper.

## V.  JURY DEMAND

Plum demands a trial by jury pursuant to Fed. R. Civ. P. 38.

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 4

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1  DATED this 11th day of April 2018.

2                                    HARPER | HAYES PLLC

3

4                                    By: s/ *Todd C. Hayes*
                                        Todd C. Hayes, WSBA No. 26361
                                        600 University Street, Suite 2420
5                                       Seattle, WA  98101
                                        **Tel**.    206.340.8010
6                                       **Fax**.   206.260.2852
                                        **Email**: todd@harperhayes.com
7                                       Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 5

**H**ARPER | **H**AYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852